5:16-cv-0088

RECEIVED
JAN 19 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: Ken

To Whom it May Concern,                   1-13-016

I'm writing in regards of the "Misrepresentation and Insufficient Counsel" I'm receiving from the "Indigent Defender Board" of Minden, by (Wayne Dishman & Pam Smart). I'm being held on a Resisting Arrest by Force/Violence charge. I've been incarcerated since July 7th on this charge, I'm not able to bond due to me being on parole. I've received my "Motion of Discovery" on this charge (I've had this since late Aug; early Sept) and there is no tangible evidence to support the accusations I'm being accused of. Off. Clint Smith of Minden Police Dept. claims that I kicked him numerous times in 2 different legs in 2 different statements/Reports, he clearly contradicts himself in these statements/Reports. There is no visible evidence to support his claims, there is no pictures of bruises or of anything of that nature. I went to a Status Conference on Nov 16th 2015 for this charge and now I've been set to go to trial on Feb 29th due to my "Not Guilty" plea. I've wrote several letters to (Wayne Dishman & Pam Smart) concerning my case and concerning the motions I ask to be filed in my defense. I have yet to receive anything concerning the (Motions; for Speedy Trial, Preliminary Hearing and a Motion to subpoena the videotape of the incident, due to the fact that it happen supposedly

Back.

as Off. Clint Smith and Off. Shaun Jenkins were placing me (Sylvester Coleman) in the back of the patrol unit. I would like to file a 1983 civil suit against the following; the indigent defender board of Minden, Minden Police Dept, Off. Clint Smith, the District Attorney office of Minden; which is Hugo Holland. for Cruel and Unusual Punishment and for violating my Habeas Corpus Right. I'm impecunious and I have no outside help concerning this matter. I would like to here from your office concerning this matter in a timely matter

Thank you for your Help & Time

Sylvester Coleman